No. 75–6076. HENDRIX v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–6084. PICCIONI v. SEGRE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–6086. GRANDHAM v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 75–6094. PAINE v. McCARTHY, MEN'S COLONY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 75–6095. TYRRELL v. CUPP, PENITENTIARY SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 75–6097. ANDERSON v. LAYKIN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–6098. JACKSON v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 75–6140. THRASHER v. CALIFORNIA ADULT AUTHORITY ET AL. Sup. Ct. Cal. Certiorari denied.

No. 74–1032. HUDGENS v. LOCAL 315, RETAIL & WHOLESALE DEPARTMENT STORE UNION, AFL–CIO. Ct. App. Ga. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 75–1007. HOWMET CORP. ET AL. v. MERCANTILE NATIONAL BANK OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.